CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

JEFF MITCHELL (CABN 236225)
Chief, Criminal Division

ERIC CHENG (CABN 274118)
CASEY BOOME (NYBN 5101845)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    FAX: (415) 436-7234
    Eric.Cheng@usdoj.gov
    Casey.Boome@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 26-cr-00071-NW |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT |
| v. | |
| (1) SAMANEH GHANDALI, (2) MOHAMMADJAVAD KHOSRAVI, a/k/a Mohammad Khosravi, and (3) SOROOR GHANDALI, | |
| Defendants. | |

Counsel for the United States and counsel for the defendants hereby stipulate and agree as follows:

    1.  This is a complex case in which the government alleges trade secret theft involving specialized technology.

    2.  On March 24, 2026, the Honorable Nathaniel M. Cousins authorized a Stipulated Interim Protective Order governing discovery. (Dkt. 38).

3. The Government intends to produce initial discovery shortly.

4. Certain discovery materials include writings in Farsi that require translation.

5. The technical nature of the allegations and discovery may require consultation with appropriate experts.

6. For all these reasons, defense counsel require additional time for effective preparation.

Accordingly, the parties jointly request that the Court continue the April 7, 2026 status conference until June 16, 2026. The parties further stipulate and agree that the time from April 7, 2026 through June 16, 2026 should be excluded from computation under the Speedy Trial Act due to the complexity of the case and the need for effective preparation of counsel. *See* 18 U.S.C. § 3161(h)(7)(B)(iv). The parties further stipulate and agree that the ends of justice served by excluding the time from April 7, 2026 through June 16, 2026 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

DATED: April 1, 2026                    Respectfully submitted,

CRAIG H. MISSAKIAN
United States Attorney

*/s/ Casey Boome*
CASEY BOOME
ERIC CHENG
Assistant United States Attorney


DATED: April 1, 2026


*/s/ Daniel Benjamin Olmos*
Daniel Benjamin Olmos
Attorney for Defendant Samaneh Ghandali


DATED: April 1, 2026


*/s/ Naomi S. Chung*
Naomi S. Chung
Attorney for Defendant Mohammadjavad Khosravi

STIP. AND ~~PROPOSED~~ ORDER
EXCLUDING TIME                    2                    v. 7/10/2018
26-cr-00071-NW

DATED: April 1, 2026

/s/ Dejan Gantar
Dejan Gantar
Attorney for Defendant Soroor Ghandali

**[PROPOSED] ORDER**

Based upon the facts set forth in the stipulation of the parties and for good cause shown, the Court hereby ORDERS that the status conference currently set for April 7, 2026 is continued until June 16, 2026 at 1:30 p.m.  The Court finds that failing to exclude the time from April 7, 2026 through June 16, 2026 would unreasonably deny defense counsel and the defendants the time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv).  The Court further finds that the ends of justice served by excluding the time from April 7, 2026 through June 16, 2026 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendants in a speedy trial.  Therefore, and with the consent of the parties, IT IS HEREBY ORDERED that the time from April 7, 2026 through June 16, 2026 shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

IT IS SO ORDERED.

DATED:  April 1, 2026

_____
HON. NOEL WISE
UNITED STATES DISTRICT JUDGE

STIP. AND PROPOSED ORDER
EXCLUDING TIME                                    4                                    v. 7/10/2018
26-cr-00071-NW